**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

---

ANDY LEYVA PUGA,

Petitioner,

v. Case No. 2:26-cv-03394 KWR-KRS

TODD BLANCHE, *Attorney General of the United States,*
MARKWAYNE MULLIN*, Secretary of the Department of Homeland Security,* ACTING DIRECTOR,
*Immigration and Customs Enforcement,*
MARY DE ANDA-YBARRA, *El Paso Field Office Director, Enforcement and Removal Operations, Immigrations and Customs Enforcement, and*
WARDEN, *Otero County Processing Center*,

Respondents.

**ORDER FOR SUPPLEMENTAL BRIEFING**

**THIS MATTER** comes before the Court on Petitioner's Petition for Writ of Habeas Corpus (**Doc. 1**). Respondents assert that Petitioner refused to sign a notice of removal to a third country. They do not explain the import of the notice of removal, or the likelihood of his removal to a third country, Mexico. The Court directs Respondents to address these issues within **seven (7) days** of the entry of this order. If they fail to respond, the Court may grant the Petition without further notice.

**IT IS SO ORDERED.**

/S/
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE